## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Cole et al. v. Medtronic, Inc. et al.**<br>**09-cv-00618** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 15), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs Pedro Beltran, Charles Cole, Joan Dextras, Individually and as Personal Representative of the Estate of Theodore Dextras, Aaron Horowitz, Baraba Hutchens, Robert Klein, Maureen Lewis, Harvey Brown, on behalf of Toby Torch, Pedro Velez, and William Weiland in the action styled Cole et al. v. Medtronic, Inc. et al., Civil Action No. 09-cv-00618, are **DISMISSED WITH PREJUDICE.**

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated:  June 20, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge